IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AARON E. WALLACE,

      Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-0251

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 1, 2016.

Petition – Ineffective Assistance of Counsel – Original Jurisdiction.

Aaron E. Wallace, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED on the merits.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.